

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00701-CR

Julie Ann **JENKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 608868
Honorable Alfredo Ximenez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 29, 2020.

_____
Beth Watkins, Justice